# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
2015 JUN -9 A 11: 41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

**CR 15 0309**  RS

EDUARDO LASCALA

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition
21 U.S.C. § 844(a) – Simple Possession of Methamphetamine
18 U.S.C. § 924(d)(1) – Firearm and Ammunition Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this ___9th___ day of
___June 2015___.

Ada Means
Clerk

**NO BAIL WARRANT**

Bail, $ _____

Jacqueline Scott Corley
United States Magistrate Judge

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

21 U.S.C. § 844(a) – Simple Possession of Methamphetamine

18 U.S.C. § 924(d)(1) – Firearm and Ammunition Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
JUN -9 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
► EDUARDO LASCALA

DISTRICT COURT NUMBER
CR 15 0309 RS

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☒ person is awaiting trial in another Federal or State Court, give name of court
Superior Court of California, Sonoma County

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   LAURA VARTAIN HORN

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ►_____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  ☐ Federal ☒ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Superior Court of California, Sonoma County

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ► Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

U.S. v. Eduardo Lascala

Count One:

    18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

    Maximum Penalties:    10 years imprisonment

                                  $250,000 fine

                                  3 years supervised release

                                  $100 special assessment

Count Two:

    21 U.S.C. § 844(a) – Simple Possession of Methamphetamine

    Maximum Penalties:    2 years imprisonment (minimum 15 days)

                                  $2,500 fine

                                  1 year supervised release

                                  $100 special assessment

1  MELINDA HAAG (CABN 132612)
   United States Attorney

FILED
2015 JUN -9 A 11: 42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 15 0309 |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATIONS: Title 18, United States Code, Section 922(g)(1) – Felon in Possession of a Firearm and Ammunition; Title 21, United States Code, Section 844(a) – Simple Possession of Methamphetamine; Title 18, United States Code, Section 924(d)(1) – Forfeiture of Firearm and Ammunition |
| v. | ) |
| EDUARDO LASCALA, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about February 9, 2015, in the Northern District of California, the defendant,

EDUARDO LASCALA,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, knowingly possessed: (1) a firearm, namely a Firestar Plus 9 caliber semiautomatic pistol, Serial No. 2156683; and (2) ammunition, namely eight (8) Remington .223 caliber rifle rounds,

INDICTMENT

1

1 | in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section
2 | 922(g)(1).

3 | COUNT TWO: (21 U.S.C. § 844(a) – Simple Possession of Methamphetamine)

4 | On or about February 9, 2015, in the Northern District of California, the defendant,

5 | EDUARDO LASCALA,

6 | did knowingly and intentionally possess a Schedule II controlled substance, to wit: a mixture and
7 | substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its
8 | isomers, in violation of Title 21, United States Code, Sections 844(a).

9 | FORFEITURE ALLEGATION: (18 U.S.C. § 924(d)(1) – Firearm and Ammunition Forfeiture)

10 | The factual allegations contained in Count One of this Indictment are realleged and by this
11 | reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18
12 | United States Code, Section 924(d)(1).  Upon a conviction of the offense alleged in Count One above,
13 | the defendant,

14 | EDUARDO LASCALA,

15 | shall forfeit to the United States any firearm or ammunition involved in or used in any knowing
16 | violation of said offense, including but not limited to the following property:

17 | (1)   A firearm, namely a Firestar Plus 9 caliber semiautomatic pistol, Serial No. 2156683; and
18 | (2)   Ammunition, namely, eight (8) Remington .223 caliber rifle rounds.

19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

INDICTMENT

2

1  All pursuant to Title 18, United States Code, Section 922(g)(1), Section 924(d) and Title 28,
2  United States Code, Section 2461(c).
3  DATED: 6/9/15                                    A TRUE BILL

                                                    _____
                                                    FOREPERSON

MELINDA HAAG
United States Attorney

_____
CANDACE KELLY
Acting Chief, Criminal Division

(Approved as to form: _____)
                        AUSA LAURA VARTAIN HORN

INDICTMENT
3