MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6831
    Fax: (415) 436-7234
    Email: Laura.Vartain@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR-15-00309 RS |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER EXCLUDING TIME FROM AUGUST 18, 2015 TO SEPTEMBER 29, 2015 |
| v. | ) |
| EDUARDO LASCALA, | ) |
| Defendant. | ) |

    The defendant, Eduardo Lascala, represented by Elizabeth Falk, Assistant Federal Public Defender, and the government, represented by Laura Vartain Horn, Assistant United States Attorney, appeared before the Court on August 18, 2015.

    At that time, Ms. Falk requested that the matter be put over for anticipated change of plea to September 29, 2015, in order to provide her with sufficient time to obtain additional documents regarding defendant's prior state court convictions and present any new information to the government. The government had no objection to putting the matter over and agreed that it was appropriate to exclude time for effective preparation. The parties requested that time be excluded under the Speedy Trial Act between August 18, 2015, and September 29, 2015, for effective preparation.

//

1  Based upon the representation of counsel and for good cause shown, the Court finds that failing
2  to exclude the time between August 18, 2015, and September 29, 2015, would deny counsel the
3  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
4  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
5  time between August 18, 2015, and September 29, 2015, from computation under the Speedy Trial Act
6  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY
7  ORDERED that the time between August 18, 2015, and September 29, 2015, shall be excluded from
8  computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: August __18__, 2015

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE