UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 29, 2015    **Time:** 20 min.    **Judge:** RICHARD SEEBORG

**Case No.**: 15-cr-00309-RS-1    **Case Name:** USA v. Eduardo Lascala

**Attorney for Government:** Laura Vartain Horn
**Attorney for Defendant:** Elizabeth Falk
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status**: [X] In Custody   [ ] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Corinne Lew | **Court Reporter:** Sarah Goekler |
| **Interpreter:** n/a | **Probation Officer:** n/a |

## PROCEEDINGS

Change of Plea Hearing Held.

## SUMMARY

The defendant is sworn. Plea Agreement was executed in open court. The defendant plead guilty to Counts One and Two of the Indictment. The matter referred to the probation office for a PSR and continued to **12/15/15 at 2:30 p.m**. for Sentencing.