1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

2  

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  LAURA VARTAIN HORN (CABN 258485)
   Assistant United States Attorney

5  

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-6831
7      Fax: (415) 436-7234
       laura.vartain@usdoj.gov

8  Attorneys for United States of America

9  

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  

14  UNITED STATES OF AMERICA,           )  No. CR-15-0309 RS
                                        )
15       Plaintiff,                     )  JOINT STIPULATION AND [~~PROPOSED~~] ORDER
                                        )  CONTINUING SENTENCING HEARING
16     v.                               )
                                        )
17  EDUARDO LASCALA,                    )
                                        )
18       Defendant.                     )
                                        )
19  _____ )

20       The United States, by and through its attorney, Assistant United States Attorney Laura Vartain

21  Horn, and the defendant, through his counsel of record, Assistant Federal Public Defender Elizabeth

22  Falk, hereby move the Court to continue the date of the defendant's sentencing hearing until January 26,

23  2016. Sentencing is currently set for January 5, 2016.

24       On September 29, 2015, the defendant pleaded guilty to felon in possession of a firearm and

25  ammunition, in violation of 18 U.S.C. § 922(g)(1), and knowingly and intentionally possessing

26  methamphetamine, in violation of Title 21 U.S.C. § 844(a).

27       As the defendant has pleaded guilty, there are no Speedy Trial Act concerns implicated by this

28  continuance.

1  Accordingly, the parties hereby ask the Court to continue the matter until January 26, 2016, for
2  sentencing.

4  DATED: December 29, 2015                    Respectfully submitted,

5                                              BRIAN J. STRETCH
                                               Acting United States Attorney

7                                              _____/s/_____
                                               LAURA VARTAIN HORN
8                                              Assistant United States Attorney

10 AGREED BY E-MAIL DATED
   DECEMBER 29, 2015

11                                             _____/s/_____
                                               ELIZABETH FALK
12                                             Assistant United States Public Defender
                                               Attorney for Eduardo LASCALA

15 **IT IS SO ORDERED.**

17 DATED: 1/4/16

18                                             _____
19                                             HONORABLE RICHARD SEEBORG
                                               United States District Court Judge