1 | BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6831
Fax: (415) 436-7234
laura.vartain@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-15-0309 RS |
| Plaintiff, | JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| EDUARDO LASCALA, | |
| Defendant. | |

     The United States, by and through its attorney, Assistant United States Attorney Laura Vartain Horn, and the defendant, through his counsel of record, Assistant Federal Public Defender Elizabeth Falk, hereby move the Court to continue the date of the defendant's sentencing hearing until March 8, 2016. Sentencing is currently set for January 26, 2016.

     On September 29, 2015, the defendant pleaded guilty to felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1), and knowingly and intentionally possessing methamphetamine, in violation of 21 U.S.C. § 844(a).

     As the defendant has pleaded guilty, there are no Speedy Trial Act concerns implicated by this continuance.

STIPULATION AND [PROPOSED] ORDER
CR-15-0309 RS                                    1

Accordingly, the parties hereby ask the Court to continue the matter until March 8, 2016, for sentencing.

DATED: January 19, 2016

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

/s/
LAURA VARTAIN HORN
Assistant United States Attorney

AGREED BY E-MAIL DATED
JANUARY 19, 2016

/s/
ELIZABETH FALK
Assistant United States Public Defender
Attorney for Eduardo LASCALA

**IT IS SO ORDERED.**

DATED: 1/20/16

HONORABLE RICHARD SEEBORG
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CR-15-0309 RS                                           2