1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  LAURA VARTAIN HORN (CABN 258485)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6831
7       Fax: (415) 436-7234
        laura.vartain@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           ) No. CR-15-0309 RS
14                                     )
        Plaintiff,                     ) JOINT STIPULATION AND [PROPOSED] ORDER
15                                     ) CONTINUING SENTENCING HEARING
     v.                                )
16                                     )
   EDUARDO LASCALA,                    )
17                                     )
        Defendant.                     )
18                                     )
                                       )
19

20      The United States, by and through its attorney, Assistant United States Attorney Laura Vartain

21 Horn, and the defendant, through his counsel of record, Assistant Federal Public Defender Elizabeth

22 Falk, hereby move the Court to continue the date of the defendant's sentencing hearing until March 22,

23 2016.  Sentencing is currently set for March 8, 2016.

24      On September 29, 2015, the defendant pleaded guilty to felon in possession of a firearm and

25 ammunition, in violation of 18 U.S.C. § 922(g)(1), and knowingly and intentionally possessing

26 methamphetamine, in violation of 21 U.S.C. § 844(a).

27      As the defendant has pleaded guilty, there are no Speedy Trial Act concerns implicated by this

28 continuance.

STIPULATION AND [PROPOSED] ORDER
CR-15-0309 RS                                    1

Accordingly, the parties hereby ask the Court to continue the matter until March 22, 2016, for sentencing.

DATED: March 1, 2016

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

/s/
LAURA VARTAIN HORN
Assistant United States Attorney

DATED: February 28, 2016
*(Agreed via E-Mail)*

/s/
ELIZABETH FALK
Assistant United States Public Defender
Attorney for Eduardo LASCALA

**IT IS SO ORDERED.**

DATED: 3/1/16

HONORABLE RICHARD SEEBORG
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CR-15-0309 RS                    2