STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant LASCALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 15-309 RS |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER TO CONTINUE SENTENCING** |
| EDUARDO LASCALA, ) | |
| Defendant. ) | |

The parties in this case agree and jointly request the Court to move sentencing from March 22, 2016 at 2:30 pm to April 12, 2016 at 2:30 p.m. The purpose of the requested continuance is to allow defense counsel additional time to review and gather sentencing mitigation information and documentation.

As the defendant has pleaded guilty, there are no Speedy Trial Act concerns implicated by this continuance.

For the reasons stated above, the parties stipulate to continue sentencing to April 12, 2016.

\\

\\

\\

STIPULATION & [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 15-309 RS

SO STIPULATED:

                                        BRIAN STRETCH
                                        Acting United States Attorney

DATED: March 15, 2016                     _____/S/_____
                                        LAURA VARTAIN HORN
                                        Assistant United States Attorney

DATED: March 15, 2016                     _____/S/_____
                                        ELIZABETH FALK
                                        Attorney for Defendant Eduardo Lascala

**IT IS SO ORDERED.**

DATED: 3/16/16                              _____
                                        HONORABLE RICHARD SEEBORG
                                        United States District Judge