UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUARDO LASCALA,<br>Defendant. | Case No. 15-cr-00309-RS-1<br><br>**ORDER TO SHOW CAUSE** |
|---|---|

Eduardo Lascala moves to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Lascala appears to argue he suffered ineffective assistance of counsel as a result of his attorney's failure to secure for him a more favorable sentence in exchange for assistance provided to prosecutors. The United States is hereby ordered to respond to Lascala's petition no later than Friday, May 26, 2017.

**IT IS SO ORDERED**.

Dated: May 5, 2017

_____
RICHARD SEEBORG
United States District Judge